UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAYSON ASSOCIATES, INC., )<br>Plaintiff )<br> )<br> )<br>v. )<br> )<br>UNITED PARCEL SERVICE CO., )<br>Defendant ) | CIVIL ACTION<br>NO. 04-10771-RWZ |

### DEFENDANT'S MOTION TO DISMISS
### ALL COUNTS OF PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12 and 81, Defendant United Parcel Service Co. ("UPS") hereby moves this Court to dismiss each and every claim brought by Plaintiff Jayson Associates, Inc. ("Jayson Associates"). Specifically, the following counts of the Plaintiff's Complaint fail to state a claim upon which relief can be granted: Unjust Enrichment (Count I), Quantum Meruit (Count II), Conversion (Count III), Fraud (Count IV), and G.L. c. 93A (Count V). Citations of authority and legal argument are set forth in UPS' Memorandum of Law filed concurrently herewith.

Because Plaintiff's Complaint fails to state a single claim upon which relief can be granted, this Court should allow Defendant's Motion to Dismiss All Counts of Plaintiff's Complaint.

UNITED PARCEL SERVICE, INC.

By its attorneys,

*Elizabeth A Kowal*
Barry J. Waters, BBO #645595
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4000 (telephone)
(617) 482-3868 (fax)

276302-1

Of Counsel:

Richard R. Hays
Christina Hull Eikhoff
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

DATED: April 21, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party ~~by mail/by hand~~ mail ~~e+h~~.

DATE: 4/21/04          EHK

276302-1