# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

99 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2320

TELEPHONE (617) 457-4000
FACSIMILE (617) 482-3868
www.murthalaw.com

April 26, 2004

Clerk's Office, Civil
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Jayson Associates, Inc. v. United Parcel Service Co.*
      Civil Action No. 04-10771-RWZ

Dear Sir or Madam:

Pursuant to Local Rule 81.1(a), enclosed please find certified and attested to copies of all records, pleadings and docket entries filed in Suffolk Superior Court.

Very truly yours,

Elizabeth A. Kowal

EAK/lm
Enclosures
619276-435

cc:  Joseph J. Brodigan, Esq. (w/enc.)

276665-1

MAS-20030912
guên

## Commonwealth of Massachusetts
### SUFFOLK SUPERIOR COURT
#### Case Summary
#### Civil Docket

04/21/2004
02:25 PM

### SUCV2004-00746
### Jayson Association Inc v United Parcel Service Co

| | | | | | |
|---|---|---|---|---|---|
| File Date | 02/20/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 04/21/2004 | Session | BLS2 - CtRm 20 | | |
| Origin | 1 | Case Type | A99 - Misc contract | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/20/2004 | Answer | 07/19/2004 | Rule12/19/20 | 07/19/2004 |
| Rule 15 | 07/19/2004 | Discovery | 12/16/2004 | Rule 56 | 01/15/2005 |
| Final PTC | 02/14/2005 | Disposition | 04/15/2005 | Jury Trial | No |

### PARTIES

**Plaintiff**
Jayson Association Inc
Active 02/20/2004

**Private Counsel 058020**
Joseph J Brodigan
Langan Dempsey & Brodigan
40 Broad Street
Boston, MA 02109
Phone: 617-542-1871
Fax: 617-482-1871
Active 02/20/2004 Notify

**Defendant**
United Parcel Service Co
Served: 03/29/2004
Served (answr pending) 04/14/2004

**Private Counsel 646326**
Elizabeth Kowal
Murtha Cullina LLP
99 High Street
Boston, MA 02110
Phone: 617-457-4000
Fax: 617-482-3868
Active 04/21/2004 Notify

**Private Counsel 645595**
Barry J Waters
Murtha Cullina LLP
99 High Street
Boston, MA 02110-0704
Phone: 617-457-4000
Fax:
Active 04/21/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 02/20/2004 | 1.0 | Complaint |
| 02/20/2004 | | Origin 1, Type A99, Track F. |
| 02/20/2004 | 2.0 | Civil action cover sheet filed |
| 03/02/2004 | 3.0 | Notice of Acceptance into Business Litigation Session (vanGestel,J) (Dated 2/23/04) notice sent 2/24/04 |
| 04/14/2004 | 4.0 | SERVICE RETURNED:  United Parcel Service Co(Defendant)    (in hand on 3/29/04)  (entered  3/29/04) |
| 04/21/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. United Parcel Service, Inc.  U. S. Dist.#(04-10771RWZ). |

MAS-20030912
guén

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

04/21/2004
02:25 PM

### SUCV2004-00746
### Jayson Association Inc v United Parcel Service Co

| Date | Paper | Text |
|------|-------|------|
| 04/21/2004 | | Case REMOVED this date to US District Court of Massachusetts |

| EVENTS |
|--------|

- HEREBY ATTEST AND CERTIFY ON

APRIL 22, 2004 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                       SUPERIOR COURT
                                                  CIVIL ACTION NO. 04-0746 BLS

JAYSON ASSOCIATES, INC.,
        Plaintiff

V.

UNITED PARCEL SERVICE CO.,
        Defendant

## **COMPLAINT**

1.  Jayson Associates, Inc. ("Jayson") is a Massachusetts corporation
    with a usual place of business in Winchester, Massachusetts. Jayson
    is engaged in business as an advertising agency.

2.  United Parcel Service Co. ("UPS") is a Delaware corporation with a
    usual place of business in Boston, Massachusetts. UPS is a duly
    registered foreign corporation with the Secretary of State,
    Commonwealth of Massachusetts. UPS is engaged in the business of
    delivering freight, parcels and private mail.

3.  Jayson developed a promotional line of products called "Track
    Stars". This promotional line consisted of three dimensional paper
    UPS trucks and vehicles. These promotional products consisted of a
    piece of paper with precut lines to enable a user to punch out the
    precut vehicle and assemble it by hand. The assembly resulted in a
    paper model of a UPS vehicle. Jayson developed three (3) such
    advertising vehicles. The first consisted of a paper model of a UPS
    truck (Exhibit 1). The second consisted of a UPS truck designed
    with racing flames (Exhibit 2). The third consisted of a paper model
    of a NASCAR racing car with UPS markings (Exhibit 3).

4.  All of the products described in the preceding paragraph produced by
    Jayson prominently displayed the following language:

"Drawings and the concept they embody are the sole property of Jayson Associates, Inc. All rights reserved. © 2000 Jayson Associates, Inc."

5.  In April of 2001, Jayson presented its track stars promotional line to UPS by mailing a copy of the three dimensional UPS truck and race car to UPS (Exhibit 4). Shortly thereafter, UPS responded that it was at that time not interested in the track stars promotional program and Jayson would be contacted if there was a change (Exhibit 5).

6.  In May of 2001, Jayson continued to present the program to UPS. Jayson's representative attended a UPS open house in Chelmsford, Massachusetts and discussed the track stars program with UPS representatives. At their suggestion, Jayson sent UPS another letter dated May 22, 2001 presenting and explaining the track stars concept (Exhibit 6). That letter included a three dimensional UPS truck and race car.

7.  In October of 2001, Jayson again presented the track stars concept in person to another UPS representative. As a follow up on this presentation, Jayson sent another letter to UPS dated October 24, 2001 (Exhibit 7). That letter explained the track stars concept and included various three dimensional UPS trucks and race cars. UPS' representative, Carolyn Bouche thereafter expressed her interest in track stars and stated that she would present it to UPS corporate headquarters in Atlanta, Georgia. Additionally, that representative requested pricing quotes which Jayson provided in a letter dated October 30, 2001 (Exhibit 8). Thereafter, Jayson's representatives initiated several telephone inquiries as to the status of UPS' interest in the track stars program. In response to each of these inquiries, Jayson was informed by UPS' representative that she had not yet received a response from the Atlanta headquarters.

8.  Jayson never received any response from UPS.

9.  In February of 2003, Jayson became aware that UPS had mailed three dimensional paper UPS delivery trucks in a nationwide promotional mailing to UPS clients. This mailing occurred in December of 2002. Photographs of the paper trucks mailed by UPS to its customers are attached hereto as Exhibit 9. These truck models are identical to the

track stars trucks that Jayson had presented to UPS as described above.

10.   UPS has misappropriated and taken for itself the creative ideas and expressions of Jayson. After Jayson presented the track stars promotional concept and products to UPS, UPS presented an identical line of product without compensation to Jayson.

COUNT I – Unjust enrichment

11.   The plaintiff hereby incorporates paragraphs 1 through 10 by reference hereto.

12.   Jayson presented and developed a promotional line of product known as "track stars" to UPS with an expectation that if UPS accepted the concept and used the products, that Jayson would be compensated. UPS used the product and did not compensate Jayson. UPS has been unjustly enriched and therefore, owes Jayson the fair value for the use of its concept and product.

WHEREFORE, Jayson demands judgment against UPS together with interest and costs thereon.

COUNT II – Quantum Meruit

13.   The plaintiff hereby incorporates paragraphs 1 through 12 by reference hereto.

14.   Jayson is entitled to recover against UPS in quantum meruit in that Jayson developed a concept and product line known as "track stars" and presented it to UPS for its consideration with full expectation of payment if UPS elected to use the same. UPS did use the same and Jayson is entitled to be compensated for the fair market value of its services. That value depends upon the number of promotional three dimensional vehicles used by UPS as the same were developed by Jayson.

WHEREFORE, Jayson demands judgment against UPS together with interest and costs thereon.

COUNT III – Conversion

15.   The plaintiff hereby incorporates paragraphs 1 through 14 by reference hereto.

16.   UPS converted the creative expressions, ideas and product line as created by Jayson Associates, Inc. known as its "track stars" program. UPS has not compensated Jayson for those expressions, ideas and products and therefore, is liable to compensate Jayson for the same.

WHEREFORE, Jayson demands judgment against UPS together with interest and costs thereon.

COUNT IV – Fraud

17.   The plaintiff hereby incorporates paragraphs 1 through 16 by reference hereto.

18.   The misappropriation by UPS of Jayson's creative expressions, ideas and product line constitutes common law fraud for which Jayson is entitled to compensation from UPS.

WHEREFORE, Jayson demands judgment against UPS together with interest and costs thereon.

COUNT V – M.G.L. c. 93A

19.   The plaintiff hereby incorporates paragraphs 1 through 18 by reference hereto.

20.   The actions of UPS as described in this complaint constitute a willful and deceptive trade practice within the meaning of M.G.L. c. 93A, §11.

WHEREFORE, Jayson demands judgment against UPS for treble damages, together with attorneys' fees, interest and costs thereon.

**THE PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

PLAINTIFF
By its attorney,

Joseph J. Brodigan, P.C.
Brodigan And Gardiner
40 Broad Street
Boston, MA  02109
617-542-1871
BBO #058020

DATED:  February 19, 2004

HEREBY ATTEST AND CERTIFY ON
APRIL 22, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

ASSISTANT CLERK.

INSTRUCTIONS
Carefully punch-out car. Fold on scores
and insert tabs into corresponding slots
starting with tab A, then B, then C, etc.
Diagram to the right shows assembled car.





© Jayson Associates, Inc. 2002, Winchester, Ma 781-729-8043



**INSTRUCTIONS**
Carefully punch-out car. Fold on scores
and insert tabs into corresponding slots
starting with tab A, then B, then C, etc.
Diagram to the right shows assembled car.

© Jayson Associates, Inc. 2000. Winchester, Ma 781-729-8043





**INSTRUCTIONS**
Carefully punch-out car. Fold on scores
and insert tabs into corresponding slots
starting with tab A, then B, then C, etc.
Diagram to the right shows assembled car.

© Jayson Associates, Inc. 2000, Winchester, Ma 781-729-8043



8 Winchester Place, Suite 201, Winchester, MA 01890 (781) 729-8043 Fax (781) 756-1036

April 11, 2001

Jim Kelly
Chairman and Chief Executive Officer
United Parcel Service
55 Glenlake Parkway, NE
Atlanta, GA 30328

First, congratulations on your latest wins with Dale Jarrett and the UPS car. It must be an exciting time for the whole UPS team. We would like to present to UPS a program that will be just as exciting. Jayson Associates has produced a line of promotional products called Track Stars. These cost effective fun toys make great impressions on the recipients who receive them. More important, they are a great way to promote and show off your product, service and team excitement.

Track Stars can be used as inserts into your monthly or quarterly mailing to customers or in the start up packs UPS sends to new subscribers. After receiving these pieces, the customer puts it together and creates a unique sale tool for all to see. These are far more effective than a Rolodex card, more fun to receive and keeps that UPS spirit in front of the customer.

These versatile pieces can also be handed out during racing events or during promotional appearances by the team at sites outside the raceway. Track Stars are detailed to represent your cars paint scheme. The truck can be produced as a straight delivery truck or as the racing truck with the flames applied, or even be graphically changed detailing special events like participation in the Olympic games. Each piece is printed on 8 ½ x 11 coated index stock and die cut ready for distribution. I have enclosed 2 prototypes of your vehicles and a sample of a finished product from another client.

In today's competitive market, Track Stars is a cost effective winning solution for your team. Thank you for the opportunity to present this to you and UPS and I look forward to discussing the opportunity for Jayson Associates to produce a program for UPS.

Sincerely

Jay Taurasi

Cc: John Beystehner



8 Winchester Place, Suite 201, Winchester, MA 01890  (781) 729-8043  Fax (781) 756-1036

April 11, 2001

John Beystehner
Senior VP, Worldwide Sales and Marketing
United Parcel Service
55 Glenlake Parkway, NE
Atlanta, GA  30328

First, congratulations on your latest wins with Dale Jarrett and the UPS car. It must be an exciting time for the whole UPS team. We would like to present to UPS a program that will be just as exciting. Jayson Associates has produced a line of promotional products called Track Stars. These cost effective fun toys make great impressions on the recipients who receive them. More important, they are a great way to promote and show off your product, service and team excitement.

Track Stars can be used as inserts into your monthly or quarterly mailing to customers or in the start up packs UPS sends to new subscribers. After receiving these pieces, the customer puts it together and creates a unique sale tool for all to see. These are far more effective than a Rolodex card, more fun to receive and keeps that UPS spirit in front of the customer.

These versatile pieces can also be handed out during racing events or during promotional appearances by the team at sites outside the raceway. Track Stars are detailed to represent your cars paint scheme. The truck can be produced as a straight delivery truck or as the racing truck with the flames applied, or even be graphically changed detailing special events like participation in the Olympic games. Each piece is printed on 8 ½ x 11 coated index stock and die cut ready for distribution. I have enclosed 2 prototypes of your vehicles and a sample of a finished product from another client.

In today's competitive market, Track Stars is a cost effective winning solution for your team. Thank you for the opportunity to present this to you and UPS and I look forward to discussing the opportunity for Jayson Associates to produce a program for UPS.

Sincerely

Jay Taurasi

Cc: Jim Kelly



United Parcel Service   55 Glenlake Parkway, NE
Atlanta, GA 30328
(404) 828-6000

April 20, 2001

Mr. James H. Taurasi III
Jayson Associates
8 Winchester Place, Suite 201
Winchester, MA  01890

Dear Mr. Taurasi:

Thank you for your letter and information sent to John Beystehner regarding
sponsorship opportunities in conjunction with the Jayson Associates and Track
Stars.  We appreciate your efforts in trying to help UPS identify potential
investments such as this.

We have reviewed your request for support from UPS and I regret to inform you
that we are unable to provide assistance at this time.  As a global company we
have been requested to support and/or sponsor a myriad of projects and
programs.  Unfortunately, we cannot comply with every request and at this time,
we do not feel that we can take advantage of the opportunities associated with
Jayson Associates and Track Stars.

We will certainly keep your information on file and should our position change, we
will surely contact you.  Thank you again for your consideration of UPS.  We wish
you much success in your future endeavors.

Sincerely,

Rosemary Windsor
Vice President
Corporate Sponsorships and Event



Worldwide
Olympic Partner

36 USC 380



8 Winchester Place, Suite 201, Winchester, MA 01890 (781) 729-8043 Fax (781) 756-1036

May 22, 2001

Michael Rodrigues
Workforce Planning Manager
United Parcel Service
90 Brick Kiln Road
Chelmsford, MA 01824

Dear Michael,

First, Thank you for talking with me at your open house on Saturday. I hope it was successful in drawing potential associates to the UPS team. I would like to present to you and UPS a program that will be just as exciting. Jayson Associates has produced a line of promotional products called Track Stars. These cost effective fun marketing tools make great impressions on the recipients who receive them. More important, they are a great way to promote and show off your product, service and team excitement.

Track Stars can be used as inserts into your monthly or quarterly mailing to customers or in the start up packs UPS sends to new subscribers. After receiving these pieces, the customer puts it together and creates a unique sale tool for all to see. These are far more effective than a Rolodex card, more fun to receive and keeps that UPS spirit in front of the customer.

These versatile pieces can be handed out during events like the one you just had or used by the drivers as leave behinds during their regular stops. Track Stars are detailed to represent your fleets paint scheme. The truck can be produced as a straight delivery truck or as the racing truck with the flames applied, or even be graphically changed detailing special events that UPS may be sponsoring. Each piece is printed on 8 ½ x 11 coated index stock and die cut ready for distribution.

In today's competitive market, Track Stars is a cost effective winning solution for your team. I have a mock-up of the truck if you would like to see it. Again, thank you for the opportunity and I look forward to talking with you soon.

Sincerely

Jay Taurasi
Jayson Associates



8 Winchester Place, Suite 201, Winchester, MA 01890 (781) 729-8043 Fax (781) 755-1036

October 24, 2001

Carolyn Boucher
United Parcel Service
1 Wall Street
Hudson, NH 03051

Thank you for taking the time to look at Jayson Associates Track Stars program. These cost effective pieces make great impressions on the recipients who receive them. More important, they are a great way to promote and show off your product, service and team excitement.

Track Stars can be used as inserts into your monthly or quarterly mailing to customers or in the start up packs UPS sends to new subscribers. After receiving these pieces, the customer puts it together and creates a unique sale tool for all to see. These are far more effective than a Rolodex card, more fun to receive and keeps that UPS spirit in front of the customer.

These versatile pieces can also be handed out during racing events or during promotional appearances by the team at sites outside the raceway. Track Stars are detailed to represent your cars paint scheme. The truck can be produced as a straight delivery truck or as the racing truck with the flames applied, or even be graphically changed detailing special events that the UPS team is involved in. Each piece is printed on 8 ½ x 11 coated index stock and die cut ready for distribution. I have enclosed 3 prototypes of your vehicles and a sample of a finished product (the Jayson Car).

These print outs are mock-ups and the finished product would reflect the finish of the Jayson car. We did not want to compromise any trademark issues by printing "finished" prototypes. These mock-ups are done solely for UPS to review.

In today's competitive market, Track Stars is a cost effective winning solution for your team. Thank you for the opportunity to present this to you and UPS and I look forward to discussing the opportunity for Jayson Associates to produce a program for UPS.

Sincerely

Jay Taurasi



8 Winchester Place, Suite 201, Winchester, MA 01890 (781) 729-8043 Fax (781) 756-1036

October 30, 2001

Carolyn Boucher
United Parcel Service
1 Wall Street
Hudson, NH 03051

Re: Pricing for the Track Stars program

Hi Carolyn,

I have put together pricing for four quantity levels. Pricing includes all art and production for your specific vehicle(s), printing, varnish, die-cut and packaging per your needs. FOB is Bedford, MA. If you need something more specific or have any questions please let me know.

| Quantity | Unit cost each |
|----------|---------------|
| 500,000 | .12 |
| 1,000,000 | .10 |
| 2,500,000 | .08 |
| 5,000,000 | .07 |

Sincerely,

Jay Taurasi

9

| CIVIL ACTION COVER SHEET | B.L.S. 04-0746 | Trial Court of Massachusetts Superior Court Department County: SUFFOLK |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| JAYSON ASSOCIATES, INC. | UNITED PARCEL SERVICE CO. |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE 617-542-1871 | ATTORNEY (if known) |
|---|---|
| Joseph J. Brodigan, P.C. Brodigan And Gardiner, 40 Broad St., Boston, MA 02109 Board of Bar Overseers number 058020 | Boston, MA 02109 |

Origin Code

Original Complaint

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. A99 | TYPE OF ACTION (specify) contract | TRACK ( B ) | IS THIS A JURY CASE? (xx) Yes ( ) No |
|---|---|---|---|

The following is a full and detailed statement of the facts on which plaintiff relies to determine eligibility in to The Business Litigation Session.

See attached.

*A Special Tracking Order shall be created by the Presiding Justice of the Business Litigation Session at the Rule 16 Conference.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Joseph J Brodigan P C_     DATE: 2/19/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON

APRIL 22, 2004 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _Lorraine A. Antona_

ASSISTANT CLERK.

# Commonwealth of Massachusetts

**4**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. ____04-0746B.L.S.____

JAYSON ASSOCIATES, INC. _____ , Plaintiff(s)

v.

UNITED PARCEL SERVICE CO. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ____Joseph J. Brodigan, P.C.,____

____Brodigan And Gardiner, 40 Broad Street, Boston, MA 02109____

plaintiff's attorney, whose address is _____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the ____10th____ day of
____March____ , in the year of our Lord two thousand ____and four.____

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

I HEREBY ATTEST AND CERTIFY ON
____APRIL 22, 2004____ THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____

ASSISTANT CLERK.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office.

NOTIFY

3

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 04-0746 BLS2
(Judge Botsford)

JAYSON ASSOCIATES, INC.

vs.

UNITED PARCEL SERVICE CO.,

NOTICE OF ACCEPTANCE INTO
BUSINESS LITIGATION SESSION

This matter has been accepted into the Suffolk Business Litigation Session. It has been assigned to Judge Botsford.

Hereafter, as shown above, all parties must include the initials "BLS2" at the end of the docket number on all filings. Also, Judge Botsford's name must be included.

Counsel for the plaintiff(s) is hereby advised that within seven (7) days of the filing of an appearance, answer, motion or other response to the complaint by or on behalf of the defendant(s) which has been served with process within the time limitation of Mass. R. Civ. P. Rule 4(j), or such other time as may be modified by the Court, he or she shall send notice thereof to the Session Clerk, Business Litigation Session, Courtroom 20, Suffolk Superior Court, 90 Devonshire Street, Boston, MA 02109.

Upon receipt of such notice, the Court will issue a Notice of Initial Rule 16 Conference for purposes of meeting with all counsel to plan the litigation and resolution of this matter. If possible, the Court requests counsel for the plaintiff(s) to confer with counsel for the defendant(s) and to suggest to the Court a range of dates available for all parties for this purpose and to include those dates in the notice. The Court, however, retains the discretion to schedule the hearing at a time that fits within its own schedule.

Allan van Gestel, Presiding Justice
Business Litigation Session

DATED:        February 23, 2004

I HEREBY ATTEST AND CERTIFY ON

APRIL 22, 2004, THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPERIOR COURT
CIVIL ACTION
NO. 04-0746 BLS2
(Judge Botsford)

<table>
<tr><td>JAYSON ASSOCIATES, INC.,<br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE CO.,<br>Defendant.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td></tr>
</table>

## NOTICE OF FILING OF PETITION FOR REMOVAL

Please take notice that on April 16, 2004 the defendant United Parcel Service,

Inc. ("UPS") filed in the United States District Court for the District of Massachusetts, a

petition for removal of the above action pursuant to U.S.C. § 1441(b) and 1446(b).

Attached as Exhibit A is a copy of the Petition for Removal.  Accordingly, pursuant to

28 U.S.C. § 1446, this action has been removed and the Superior Court may proceed no

further unless and until the case is remanded.

UNITED PARCEL SERVICE, INC.
By its attorneys,

Barry J. Waters, BBO#645595
Elizabeth A. Kowal, BBO#646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
DATED: April 20, 2004          617-457-4000

274392-1

*Suffolk Superior Civil # 04 - 0746 BLS*

**COPY** ✓

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAYSON ASSOCIATES, INC., | ) | |
| Plaintiff | ) | CIVIL ACTION |
| | ) | |
| v. | ) | **04 1077 1 RWZ** |
| | ) | |
| UNITED PARCEL SERVICE CO., | ) | |
| Defendant. | ) | |

I HEREBY ATTEST AND CERTIFY ON 4/16/04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant United Parcel Service

Co.[1] ("UPS") hereby removes to this Court the above action pending in Massachusetts

Superior Court, Suffolk County, Massachusetts (the "Action"). UPS removes this

Action by special appearance without waiving any defenses or objections. As grounds

for this removal, UPS respectfully shows the Court as follows:

1. Plaintiff Jayson Associates, Inc. ("Jayson Associates") has filed suit against

UPS in Massachusetts Superior Court in Suffolk County, Massachusetts. True and

accurate copies of the Summons and the Complaint[2] are filed with this Petition in

accordance with 28 U.S.C. § 1446(a) and are attached as Exhibit A.

---

[1] The correct title for the defendant is United Parcel Service, Inc., not United Parcel Service, Co.

[2] Service on UPS was defective in that it consisted only of a Summons, a Business Litigation Session Civil Action Cover Sheet, and a one-page Attachment to Civil Action Cover Sheet providing a one paragraph synopsis of the plaintiff's allegations and claims. The actual Complaint was *not* attached to the Summons and *not* served on UPS. Therefore, the copy of the Complaint attached is a true and correct copy of the Complaint on file with the Suffolk County Massachusetts Superior Court. By acknowledging receipt of the Summons on March 29, 2004, UPS in no way waives its contention that effective service of process has not occurred.

2. UPS received a Summons in the Action on March 29, 2004.[3] This Petition therefore is timely filed pursuant to 28 U.S.C. § 1446(b).

3. Jayson Associates is a Massachusetts corporation with its principal place of business in Massachusetts. Thus, Jayson Associates thus is a citizen of Massachusetts.

4. UPS is a New York corporation with its principal place of business in Georgia. Thus, UPS thus is a citizen of New York and Georgia.[4]

5. There is complete diversity between the parties.

6. Upon information and belief, Jayson Associates seeks to recover damages in excess of $75,000. The damages claimed by the Plaintiff include counts for unjust enrichment, quantum meruit, conversion, fraud and willful and deceptive practices under M.G.L. c. 93A. The amount is controversy thus exceeds $75,000, exclusive of interest and costs.

7. This Court, therefore, has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2). This matter is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

---

[3] UPS in no way concedes or admits that the documents it received on March 29, 2004 constituted proper service of process. Service on March 29, 2004 was defective in that it consisted only of a Summons, a Business Litigation Session Civil Action Cover Sheet, and a one-page Attachment to Civil Action Cover Sheet providing a one paragraph synopsis of the plaintiff's allegations and claims. A Complaint was *not* attached to the Summons and *not* served on UPS. UPS has not in fact been served with the Complaint as of the date of this filing. By acknowledging receipt of the Summons on March 29, 2004, UPS in no way waives its contention that effective service of process has not occurred.

[4] Plaintiff erroneously named the defendant United Parcel Service Co. rather than United Parcel Service, Inc. United Parcel Service Co. is a business entity separate from United Parcel Service, Inc. Because United Parcel Service Co. is a Delaware corporation with its principal place of business in Georgia, the diversity requirements of 28 U.S.C. § 1332 would still be met if the improperly named defendant were to be considered.

275910-1                                      2

8.  Pursuant to 28 U.S.C. § 1446(d), UPS will promptly serve this Petition for Removal upon the Plaintiff and will file the Notice of this Petition for Removal with the Suffolk Superior Court in Massachusetts on a timely basis.

WHEREFORE, UPS respectfully asks this Court to take jurisdiction of this civil action to the exclusion of any further proceedings in Superior Court of the Commonwealth of Massachusetts for the County of Suffolk.

I HEREBY ATTEST AND CERTIFY ON

APRIL 22, 2004, THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY

ASSISTANT CLERK.

UNITED PARCEL SERVICE, INC.

By its attorneys,

Barry J. Waters, BBO#645595
Elizabeth A. Kowal, BBO#646326
Murtha Cullina LLP
99 High Street
Boston, MA  02110
(617) 457-4000 (telephone)
(617) 482-3868 (fax)

Of Counsel:

Richard R. Hays
Christina Hull Eikhoff
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
Phone:  (404) 881-7000
Fax:  (404) 881-7777

DATED: April 15, 2004