UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JAYSON ASSOCIATES, INC.
    Plaintiff.

v.                                            04 10771 RWZ

UNITED PARCEL SERVICE CO.
    Defendant

* * * * * * * * * * * *

**PLAINTIFF'S MOTION TO EXTEND TIME**

Now comes plaintiff in the above entitled action and moves that the time in which to respond to defendant's motion to dismiss be extended until May 11, 2004.

Respectfully submitted,

Dated: 4/29/04

Joseph J. Brodigan
Attorney for Plaintiff
Brodigan and Gardiner
40 Broad Street, Suite 220
Boston, MA 02109
(617) 542-1871

AGREED TO:

Elizabeth A. Kowal
Attorney for Defendant
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on April 29, 2004.