UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAYSON ASSOCIATES, INC.,
    Plaintiff

V.

CIVIL ACTION
NO. 04-10771-RWZ

UNITED PARCEL SERVICE CO.,
    Defendant

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The plaintiff, Jayson Associates, Inc. (hereinafter "Jayson") opposes the defendant's motion to dismiss all counts of the plaintiff's complaint for the reasons set forth in the accompanying Memorandum, which sets forth citations of authority and legal argument on the plaintiff's behalf.

                        PLAINTIFF
                        By its attorney,

                        Joseph J. Brodigan, P.C.
                        Brodigan And Gardiner
                        40 Broad Street
                        Boston, MA  02109
                        617-542-1871
                        BBO #058020

DATED: May 7, 2004