UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAYSON ASSOCIATES, INC.,
Plaintiff

V.

CIVIL ACTION
NO. 04-10771-RWZ

UNITED PARCEL SERVICE CO.,
Defendant

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

The plaintiff, Jayson Associates, Inc. requests oral argument on defendant's motion to dismiss all counts of the plaintiff's complaint.

PLAINTIFF
By its attorney,

_____
Joseph J. Brodigan, P.C.
Brodigan And Gardiner
40 Broad Street
Boston, MA 02109
617-542-1871
BBO #058020

DATED: May 7, 2004