UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN 22  A 10: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAYSON ASSOCIATES, INC., <br> Plaintiff | CIVIL ACTION <br> NO. 04-10771-RWZ |
| v. | |
| UNITED PARCEL SERVICE CO., <br> Defendant | |

## AFFIDAVIT OF RICHARD R. HAYS

1. I am a partner with the law firm of Alston & Bird LLP in Atlanta, Georgia. My firm and I represent the defendant, United Parcel Service, Inc., in related litigation pending in other jurisdictions, and we have a longstanding relationship with United Parcel Service, Inc. I am familiar with the subject matter of this lawsuit and the pleadings filed in this case. I make this affidavit in support of the motion of Elizabeth A. Kowal to admit me *pro hac vice* in this case.

2. I am admitted to practice and currently in good standing in the following states and courts: United States Supreme Court, Eleventh Circuit Court of Appeals, Fourth Circuit Court of Appeals, Third Circuit Court of Appeals, Georgia Supreme Court, Georgia Court of Appeals, Superior Court of Fulton County, United States District Court for the Northern District of Georgia.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction to which I am admitted.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

274590-1

Signed under the pains and penalties of perjury this 18th day of June, 2004.

_____
Richard R. Hays

274590-1