UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18 P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAYSON ASSOCIATES, INC., Plaintiff | |
| | CIVIL ACTION NO. 04-10771-RWZ |
| v. | |
| UNITED PARCEL SERVICE CO., Defendant | |

## MOTION FOR ADMISSION OF RICHARD R. HAYS PRO HAC VICE

Pursuant to Local Rule 83.5.3, I, Elizabeth A. Kowal, a member of the bar of this court who has appeared for the defendant United Parcel Service, Inc., move to admit Richard R. Hays of the firm Alston & Bird LLP of Atlanta, Georgia, *pro hac vice*, to practice before this court for purposes of this case. United Parcel Service, Inc. desires to have Alston & Bird LLP represent it in this case, with my firm acting as co-counsel. Filed herewith as Attachment A is an Affidavit of Attorney Hays certifying that he is admitted to practice before the Eleventh Circuit Court of Appeals, Fourth Circuit Court of Appeals, Georgia Court of Appeals, Georgia Supreme Court, Superior Court of Fulton County, Third Circuit Court of Appeals, United States District Court for the Northern District of Georgia, that he is a member of the bar in good standing in each jurisdiction in which he is admitted to practice, that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and that he is familiar with the Local Rules of this court.

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred about this motion with counsel for the plaintiff, Joseph J. Brodigan, who has advised me that he does not oppose the motion.

*Elizabeth A. Kowal*

Barry J. Waters, BBO #645595
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

DATED: June 18, 2004

---

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

DATE: June 18, 2004    *EAK*

---

274585-1                                    2