UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10771-RWZ

JAYSON ASSOCIATES, INC.

v.

UNITED PARCEL SERVICE COMPANY

SCHEDULING ORDER

September 10, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Joseph J. Brodigan having appeared as counsel for plaintiff Jayson Associates, Inc.; and Elizabeth A. Kowal having appeared as counsel for defendant United Parcel Service Company, the following action was taken:

1. Counsel agreed to submit a report concerning the status of settlement negotiations by September 15, 2004.

2. All automatic discovery shall be completed by September 15, 2004.

3. All remaining discovery shall be completed by January 28, 2005.

4. A pretrial conference is scheduled to be held on February 8, 2005, at 2:30 p.m.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |