UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAYSON ASSOCIATES, INC., )
    Plaintiff )
 )
vs. )   CIVIL ACTION
 )   NO. 04-10771-RWZ
UNITED PARCEL SERVICE CO., )
    Defendant )

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), LR 26.2(A), and this Court's Scheduling Order dated September 10, 2004, Defendant United Parcel Service ("UPS") hereby makes the following Initial Disclosures:

1.

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject matter of the information.

    **RESPONSE:** Carolyn Boucher
                   UPS
                   1 Wall Street
                   Hudson, NH 03051
                   (603) 578-2750

Identified in Plaintiff's Complaint. Ms. Boucher is a UPS sales representative who communicated with Plaintiff regarding its attempts to market its paper cutouts.

                John Sheehan
                UPS
                1 Wall Street
                Hudson, NH 03051
                (603) 578-2844

Mr. Sheehan worked in the UPS marketing department in 2001 and received information about Plaintiff from Carolyn Boucher.

**2.**

A copy of, or description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party that that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

<u>RESPONSE</u>: UPS will produce all non-privileged documents responsive to this request at a time and place mutually agreeable to the parties.

**3.**

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

<u>RESPONSE</u>: Not applicable.

**4.**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

<u>RESPONSE</u>: Not applicable.

**5.**

A report concerning the status of settlement negotiations.

<u>RESPONSE</u>: Plaintiff has made a settlement demand and UPS has responded. These discussions, however, are in a very preliminary stage. It is hoped that Plaintiff's disclosure under Item 3, above, and follow-up discovery as needed will help refine and inform these discussions further.

UNITED PARCEL SERVICE, INC.
By its attorneys,

*Elizabeth A. Kowal*

Barry J. Waters, BBO#645595
Elizabeth A. Kowal, BBO#646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4000
bwaters@murthalaw.com
ekowal@murthalaw.com

Of Counsel:

ALSTON & BIRD LLP
Richard R. Hays
Paul J. Kaplan
Christina Hull Eikhoff
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

Dated: September 15, 2004

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

DATE: September 15, 2004   *EAK*

---