UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAYSON ASSOCIATES, INC.,
    Plaintiff

V.

CIVIL ACTION
NO. 04-10771-RWZ

UNITED PARCEL SERVICE CO.,
    Defendant

## PLAINTIFF'S SETTLEMENT REPORT

As of this date, the parties have been unable to settle the above matter.

The plaintiff has made a demand. Settlement discussion continues.

PLAINTIFF
By its attorney,

_____
Joseph J. Brodigan, P.C.
Brodigan And Gardiner
40 Broad Street
Boston, MA 02109
617-542-1871
BBO #058020

DATED: September 15, 2004