UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAYSON ASSOCIATES, INC.,
    Plaintiff

V.                                          CIVIL ACTION
                                            NO. 04-10771-RWZ

UNITED PARCEL SERVICE CO.,
    Defendant

## PLAINTIFF'S DISCOVERY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE R. 26(a)

**INITIAL DISCLOSURES**

**A.    PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. James Taurasi, Jayson Associates, Inc., 8 Winchester Place, Suite 201, Winchester, MA 01890;
2. Rosemary Windsor, United Parcel Service (UPS)
3. Carolyn Boucher, UPS
4. Michael Rodrigues, UPS
5. Robert Yates, UPS
6. John Beystehner, UPS
7. Jim Kelley, UPS
8. Mark Judson, UPS
9. James O'Meara, Coca Cola Fountain, 275 Wyman Street, Suite 250, Waltham, MA 02154
10. Jack Carlin, WE Andrews Printing, 140 South Road, Bedford, MA 01730

**B.    DESCRIPTION OF DOCUMENTS ALL OF WHICH ARE IN THE POSSESSION OF THE PLAINTIFF**

1. paper cutouts

    (a) UPS – 88 car, assembled and unassembled;

      (b) UPS race truck, assembled and unassembled;
      (c) Jayson sample car – unassembled;
      (d) UPS package truck – assembled;
      (e) Jayson sell sheet

2. Jayson letter – 4/11/01 to J. Kelley

3. Jayson letter, 4/11/01 to J. Beystehner

4. UPS letter, 4/20/01

5. Jayson letter, 5/22/01 to Michael Rodrigues

6. Jayson letter, 5/23/01 to Robert Yates

7. Jayson letter, 10/24/01 to Carolyn Boucher

8. Jayson letter, 10/30/01 to Carolyn Boucher

9. 2 photos of trucks used by UPS as advertising device

10. UPS open house invitation (2 sides)

11. business card, Michael Rodrigues

12. business card of Carolyn Boucher

13. Joseph J. Brodigan letter, 11/11/03

14. Alston And Bird letter, 9/19/03

15. Brodigan And Gardiner letter, 6/19/03

**C.  DAMAGES**

The plaintiff contends that the defendant used the paper cutout truck as developed by the plaintiff and distributed it to a number of unidentified third parties. The plaintiff at this point in time does not know the number of third

## CERTIFICATION

We, Joseph J. Brodigan, attorney for the plaintiff and James Taurasi of Jayson Associates, Inc. do hereby certify that to the best of their knowledge, information and belief and that after reasonable inquiry, this disclosure is complete and correct as of the date it is made.

*[signature]*
Joseph J. Brodigan, P.C.
Brodigan And Gardiner

JAYSON ASSOCIATES, INC.

By: *[signature]*
James Taurasi

- 4 -

parties to whom the promotional device was distributed. The plaintiff's damages are calculated on the following basis:

| Quantity  | Unit cost each | Total Cost | Paper & Die cut cost | Jayson Development Cost & Profit |
|-----------|----------------|------------|----------------------|----------------------------------|
| 500,000   | .12            | 60,000     | 17,500               | 42,500                           |
| 1,000,000 | .10            | 100,000    | 31,000               | 69,000                           |
| 2,500,000 | .08            | 200,000    | 57,500               | 142,000                          |
| 5,000,000 | .07            | 350,000    | 125,000              | 225,000                          |

The plaintiff also claims damages pursuant to G.L. c. 93A which provides for multiple damages and attorneys' fees in the event the plaintiff establishes that the defendant perpetrated a willful and deceptive trade practice.

### D. INSURANCE

The plaintiff knows of no insurance applicable to the issues in this case.

PLAINTIFF<br>
By its attorney,<br>
<br>
_____<br>
Joseph J. Brodigan, P.C.<br>
Brodigan And Gardiner<br>
40 Broad Street<br>
Boston, MA  02109<br>
617-542-1871<br>
BBO #058020

DATED: September 15, 2004