UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAYSON ASSOCIATES, INC.,<br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE CO.,<br>Defendant | )<br>)   CIVIL ACTION<br>)   NO. 04-10771-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Jayson Associates, Inc. ("Jayson Associates") and Defendant United Parcel Service Co. ("UPS") move to extend discovery and the pretrial conference and request that this Court amend the Scheduling Order entered on September 10, 2004 as follows:

1. All discovery shall be completed by March 31, 2005.

2. A pretrial conference is to be scheduled at a date and time subsequent to March 31, 2005 that is convenient to this Court.

As good cause for this request, Defendant states that due to the time of year, the parties have been unable to schedule depositions. November and December are the busiest months of the year for UPS because of increased shipping during the holiday season. A two-month extension of discovery would provide the parties a reasonable opportunity to schedule and take the necessary depositions in this case.

UNITED PARCEL SERVICE, INC.
By its attorneys,

_/s/ Barry J. Waters_
Barry J. Waters, BBO #645595
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-475-4000
bwaters@murthalaw.com
ekowal@murthalaw.com

293063-1

1

Of Counsel:

Richard R. Hays
Christina Hull Eikhoff
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

JAYSON ASSOCIATES, INC.

By its attorney,

*Joseph J. Brodigan /CHK*
Joseph J. Brodigan, P.C.
BBO #058020
Brodigan and Gardiner
40 Broad Street
Boston, MA 02109
617-542-1871

DATED: December 8, 2004

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand.~~

DATE: 12/8/04    CHK

---

293063-1

2