UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAYSON ASSOCIATES, INC.,<br>Plaintiff ] | ]<br>] CIVIL ACTION<br>] NO. 04-10771-RWZ<br>] |
| v. ] | ] |
| UNITED PARCEL SERVICE, INC., ]<br>Defendant ] | |

*(FILED IN CLERK'S OFFICE, 2005 JAN 25 P 12: 39, U.S. DISTRICT COURT, DISTRICT OF MASS.)*

## MOTION FOR ADMISSION OF CHRISTINA HULL EIKHOFF PRO HAC VICE

Pursuant to Local Rule 83.5.3, I, Elizabeth A. Kowal, a member of the bar of this court who has appeared for the defendant United Parcel Service, Inc., move to admit Christina Hull Eikhoff of the firm Alston & Bird LLP of Atlanta, Georgia, *pro hac vice*, to practice before this court for purposes of this case. United Parcel Service, Inc. desires to have Alston & Bird LLP represent it in this case, with my firm acting as co-counsel. Filed herewith as Attachment A is an Affidavit of Attorney Eikhoff certifying that she is admitted to practice before the State and Superior Court of Georgia, the United States District Court for the Northern District of Georgia, and the United States District Court of Appeals for the 11th Circuit, that she is a member of the bar in good standing in each jurisdiction in which she is admitted to practice, that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and that she is familiar with the Local Rules of this court.

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred about this

274550-1                                                             1

motion with counsel for the plaintiff, Joseph J. Brodigan, who has advised me that he does not oppose the motion.

*[signature]*
Barry J. Waters, BBO #645595
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

DATED: January 25, 2005

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

DATE: January 21, 2005    *[signature]* EAK

274550-1                                    2