UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25 P 12: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAYSON ASSOCIATES, INC., ]<br>Plaintiff ]<br>]<br>v. ]<br>]<br>UNITED PARCEL SERVICE, INC., ]<br>Defendant ] | CIVIL ACTION<br>NO. 04-10771-RWZ |

### AFFIDAVIT OF CHRISTINA HULL EIKHOFF

1. I am an associate with the law firm of Alston & Bird LLP in Atlanta, Georgia. My firm and I represent the defendant, United Parcel Service, Inc., in related litigation pending in other jurisdictions, and we have a longstanding relationship with United Parcel Service, Inc. I am familiar with the subject matter of this lawsuit and the pleadings filed in this case. I make this affidavit in support of the motion of Elizabeth A. Kowal to admit me *pro hac vice* in this case.

2. I am admitted to practice and currently in good standing in the following states and courts: State and Superior Courts of Georgia, the United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the 11th Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction to which I am admitted.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

ATL01/11832906v1

- 2 -

Signed under the pains and penalties of perjury this 21 day of J\_\_\_\_\_, 2005.

_____
Christina Hull Eikhoff

Subscribed and sworn to before me
this 21st day of January, 2005.

*Carolyn McDade*
Notary Public

My Commission Expires: January 30, 2006



-2-

ATL01/11832906v1