UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAYSON ASSOCIATES, INC.,
    Plaintiff

V.                                    CIVIL ACTION
                                        NO. 04-10771-RWZ

UNITED PARCEL SERVICE, INC.,
    Defendant

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Jayson Associates, Inc., and Defendant United Parcel Service, Inc., by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal WITH PREJUDICE of the above-referenced civil action. Each party has agreed to bear its own costs.

Respectfully submitted, this 24th day of June, 2005.

_____
Joseph J. Brodigan, Esq.
Brodigan & Gardiner
40 Broad Street
Boston, Massachusetts 02109

Attorney for Plaintiff
JAYSON ASSOCIATES, INC.

_____
Richard R. Hays
Christina Hull Eikhoff
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

ATL01/11955818v2